389 P.3d 128

**Darnell GRIFFIN, Petitioner-Appellant,**

v.

**STATE of Hawai'i, Respondent-Appellee**

**NO. CAAP-12-0000807**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 23, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (S.P.P. NO. 12-1-0035 (CR. NO. 07-1-0647))

**292**

## MEMORANDUM OPINION

Vacated. Remand.